CONRAD BELLOFF et al., Appellants, *v.* THE DIME SAVINGS BANK OF WILLIAMSBURGH, Respondent.

*Belloff* v. *Dime Savings Bank of Williamsburgh,* 118 App. Div. 20, affirmed.

(Argued March 10, 1908; decided March 31, 1908.) ·

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 22, 1907, reversing a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to recover money alleged to have been paid through fraud and mistake.

*James Troy* and *Thomas H. Troy* for appellants.

*Otto F. Struse* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.